

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-15-00544-CV |
| Trial Court Cause Number: | 2010-40764 |
| Style: | Terry Neff and Iron Workers Mid- South Pension Fund |
| | **v** Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard, Robert K. Moses, Jr., Robert A Rayne, Bernard J. Duroc-Danner and Burt M. Martin |
| Date motion filed*: | June 1, 2017 |
| Type of motion: | Motion to Withdraw as Counsel (Stacy M. Neal) |
| Party filing motion: | Appellees Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard, Robert K. Moses, Jr., and Robert A Rayne |
| Document to be filed: | |

Is appeal accelerated? ☐ YES  ☐ NO

Ordered that motion is:

☒ Granted

      If document is to be filed, document due: _____

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature:/s/ Terry Jennings
      ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: June 8, 2017